B2500A (12/15)



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| In the matter of: | ) | |
| JTR1, LLC fdba JTR, LLC | ) | Case No. 20–30141 |
| Debtor(s) | ) | |
| | ) | Chapter 7 |
| A. Burton Shuford | ) | |
| Plaintiff(s) | ) | |
| v. | ) | |
| BJS Insurance, LLC JJM, LLC | ) | Adv. Proc. No. 22–03018 |
| Defendant(s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

        Steven T. Salata, Clerk
        U.S. BANKRUPTCY COURT
        401 West Trade Street
        Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

        Melanie D. Johnson Raubach
        525 N. Tryon Street
        Suite 1400
        Charlotte, NC 28202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 2/7/2022

        s/  Steven T. Salata
        *Clerk of the Bankruptcy Court*

Electronically filed and signed

## CERTIFICATION OF SERVICE

I, __Melanie D. Johnson Raubach__ (name), certify that service of this summons and a copy of

the complaint was made on __February 8, 2022__ (date) by:


☒ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

    BJS Insurance, LLC, c/o Barry J. Steinfelder, Registered Agent, 2005 Burdock Road, Baltimore MD 21209
     - by regular U.S. Mail

    JJM, LLC, c/o Dawn Dixon, Registered Agent, 2005 Burdock Road, Baltimore MD 21209 - by regular U.S. Mail

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:



☐ Residence service: By leaving the process with the following adult at:



☐ Publication: The defendant was served as follows: (Describe briefly)



☒ State Law: The defendant was served pursuant to the laws of the State of __North Carolina__, as
follows: (Describe briefly)
    Pursuant to N.C. Gen. Stat. 1A-4(j)(6)b, service was made via registered or certified mail, return receipt requested.  Service by certified mail
was received on February 11, 2022 as evidenced by the signature cards attached hereto as Exhibit A and incorporated herein by reference.
If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.


             Under penalty of perjury, I declare that the foregoing is true and correct.


Date __2/28/2022__         Signature __/s/ Melanie D. Johnson Raubach__

          Print Name :     __Melanie D. Johnson Raubach__

          Business Address :     __525 North Tryon Street, Suite 1400__

                           __Charlotte, NC  28202__

## **EXHIBIT A**

Return Receipt (Form 3811) Barcode

9590 9699 0430 0091 6692 53

1. Article Addressed to:

BJS Insurance, LLC
c/o Barry J. Steinfelder, Registered Agent
2005 Burdock Road
Baltimore, MD 21209

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0091 6692 51

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Domestic Return Receipt



Return Receipt (Form 3811) Barcode

9590 9699 0430 0091 6693 45

1. Article Addressed to:

JJM, LLC
c/o Dawn Dixon, Registered Agent
2005 Burdock Road
Baltimore, MD 21209

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0091 6693 43

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
                Reference Information

Domestic Return Receipt