

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC, f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER

This matter is before the Court on the agreement between Plaintiff and Defendants related to the deadline for Defendants to respond to Plaintiff's Complaint.

The parties previously agreed to an informal extension of time for Defendants to respond to the Complaint with the deadline for responses to expire on April 8, 2022. Pursuant to the

1

agreement of the parties, the deadline for Defendants to answer or otherwise respond to the Complaint is hereby further extended to and including May 4, 2022.

**SO ORDERED**

| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |
|---|---|

**We Consent:**

/s/ *Margaret R. Westbrook*
Margaret R. Westbrook
N.C. State Bar I.D. No.: 23327
Email: Margaret.Westbrook@klgates.com

K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7311
Facsimile: (919) 516-20*11*

*Counsel for the Defendants*

/s/ *Melanie J. Raubach*
Melanie J. Raubach
N.C. State Bar I.D. No.: 41929
Email: mraubach@lawhssm.com

Hamilton Stephens Steele + Martin, PLLC
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483

*Counsel for the Plaintiff*