**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC, f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINDER TO MOTIONS TO DISMISS

Defendants BJS Insurance, LLC and JJM, LLC (together, the "Defendants"), by and through undersigned counsel, hereby move to dismiss with prejudice Counts I, II and III (and Count VI, with respect to Counts I, II and III) of the Complaint (the "Complaint") filed in the above-captioned adversary proceeding pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

In support of this Motion, Defendants hereby join and incorporate by reference the argument that the Plaintiff, A. Burton Shuford, Trustee (the "Trustee" or "Plaintiff") of the bankruptcy estate of JTR1, LLC, cannot step into the shoes of the Pension Benefit Guaranty Corporation (the "PBGC") for the purpose of asserting avoidance causes of action against

Defendants under the extended six-year statute of limitations provided for in 28 U.S.C. §§ 3304 and 3306, as argued in the following pleadings: (i) the Motion to Dismiss and Brief in Support of Motion to Dismiss (the "Etaros Motion to Dismiss"), filed by the defendants in the adversary proceeding styled as *Shuford v. Etaros Actuarial Services, LLC (In re JTR1, LLC)*, Dkt. No. 11, Adv. Pro. No. 22-03013; and (ii) the Motion to Dismiss Complaint (the "Mullady Motion to Dismiss"), filed by the defendant in the adversary proceeding styled as *Shuford v. Mullady (In re JTR1, LLC)*, Dkt. No. 9, Adv. Pro. No. 22-03008.  Defendants hereby join and adopt the Etaros Motion to Dismiss, Adv. Pro. No. 22-03013, Dkt. No. 11  at 5-10, and the Mullady Motion to Dismiss, Adv. Pro. No. 22-03008, Dkt. No. 9 at 3-6, with respect to this particular argument and as it relates to the Trustee's claims in Counts I, II and III (and Count VI, with respect to Counts I, II and III) of the Complaint, which claims would be otherwise barred by the statute of limitations under 11 U.S.C. §§ 544 and 546.

This is the 4th day of May, 2022.

**K&L GATES, LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
North Carolina State Bar No. 23327
John R. Gardner
North Carolina State Bar No. 32683
Emily K. Mather
North Carolina State Bar No. 47925
K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011
E-mail:  Margaret.Westbrook@klgates.com
             John.Gardner@klgates.com
             Emily.Mather@klgates.com

*Counsel for Defendants BJS Insurance, LLC and JJM, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC, f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants BJS Insurance, LLC and JJM, LLC have filed a **JOINDER TO MOTIONS TO DISMISS** (the "Joinder"). A copy of the Joinder is attached.

**PLEASE TAKE FURTHER NOTICE** THAT YOUR RIGHTS MAY BE AFFECTED BY THE JOINDER. YOU SHOULD READ THE JOINDER CAREFULLY AND DISCUSS WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Joinder on May 31, 2022 at 2:00 p.m. (EST) before the Honorable J. Craig Whitley in courtroom 2B at the Charles R. Jonas Federal Building, U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, North Carolina 28202.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Joinder at said hearing. No further notice will be given.

This is the 4th day of May, 2022.

**K&L GATES, LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
North Carolina State Bar No. 23327
John R. Gardner
North Carolina State Bar No. 32683
Emily K. Mather
North Carolina State Bar No. 47925
K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011
E-mail:  Margaret.Westbrook@klgates.com
           John.Gardner@klgates.com
           Emily.Mather@klgates.com

*Counsel for Defendants BJS Insurance, LLC and JJM, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joinder to Motions to Dismiss and Notice of Hearing was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for electronic service.

Dated: May 4, 2022

                                            */s/ Margaret R. Westbrook*
                                            Margaret R. Westbrook