**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC, f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### REPLY TO (A) TRUSTEE'S RESPONSE AND OBJECTION TO JOINDER TO MOTIONS TO DISMISS AND (B) BRIEF IN OPPOSITION TO JOINDER TO MOTIONS TO DISMISS

Defendants BJS Insurance, LLC and JJM, LLC (together, the "Defendants"), by and through undersigned counsel, hereby submit this reply (the "Reply") to the Response and Objection to Joinder to Motions to Dismiss (Dkt. No. 10) and the Brief in Opposition to Joinder to Motions to Dismiss (Dkt. No. 11) filed by Plaintiff A. Burton Shuford, Trustee for the chapter 7 bankruptcy estate of JTR1, LLC.

In support of this Reply, Defendants hereby join and incorporate by reference the Reply Brief to the Trustee's Brief in Opposition to Motion to Dismiss Complaint (the "Kearns/Mullady Reply Brief"), filed by the defendants in the following adversary proceedings: *Shuford v. Kearns*, Adv. Pro. No. 22-03004, at Dkt. No. 14, and *Shuford v. Mullady*, Adv. Pro. No. 22-03008, at Dkt.

No. 14.  For the reasons discussed in the Kearns/Mullady Reply Brief and Defendants' Joinder to Motions Dismiss (Dkt. No. 8), Defendants request that the Court dismiss with prejudice Counts I, II and III (and Count VI, with respect to Counts I, II and III) of the Complaint filed in the above-captioned adversary proceeding.

This is the 25th day of May, 2022.

**K&L GATES, LLP**

*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
North Carolina State Bar No. 23327
John R. Gardner
North Carolina State Bar No. 32683
Emily K. Mather
North Carolina State Bar No. 47925
K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011
E-mail:  Margaret.Westbrook@klgates.com
John.Gardner@klgates.com
Emily.Mather@klgates.com

*Counsel for Defendants BJS Insurance, LLC and JJM, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **REPLY TO (A) TRUSTEE'S RESPONSE AND OBJECTION TO JOINDER TO MOTIONS TO DISMISS AND (B) BRIEF IN OPPOSITION TO JOINDER TO MOTIONS TO DISMISS** was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for electronic service.

Dated: May 25, 2022

/s/ Margaret R. Westbrook
Margaret R. Westbrook