# **EXHIBIT A**

KAREN L. MORRIS
General Counsel
CRAIG T. FESSDENDEN
Deputy General Counsel
JOEL W. RUDERMAN
PAULA J. CONNELLY
Assistant General Counsel
CAROLYN J. LACHMAN
Attorney
Office of the General Counsel
PENSION BENEFIT GUARANTY
CORPORATION
445 12th Street SW
Washington, DC 20024-2101
Tel.: 202-229-3926
Fax: 202-326-4138
Emails: ruderman.joel@pbgc.gov and
efile@pbgc.gov

*Attorneys for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 20-30141 |
| | ) | |
| JTR1, LLC | ) | Chapter 7 |
| | ) | |
| _____ Debtor._____ | ) | |

**<u>DECLARATION OF BRUCE JOHNSON</u>**

I, Bruce Johnson, declare and state as follows:

1.      I am an Accounting Officer with the Pension Benefit Guaranty Corporation

("PBGC").   Unless otherwise stated, I have personal knowledge of the facts set forth herein

and, if called upon to do so, could and would testify competently thereto.

1

2.      I make this declaration in support of the Chapter 7 Trustee's *Motion for Relief from Judgment.*

3.      PBGC is the statutory trustee of the Retirement Plan of Freedom Communications, Inc. (the "Freedom Plan").

4.      As statutory trustee, PBGC has transferred the Freedom Plan's assets to PBGC's Trust Fund.   The Trust Fund holds the comingled assets of terminated, PBGC-trusteed pension plans, returns on those assets, and recoveries on statutory liabilities and causes of action.

5.      The Trust Fund is managed in accordance with an investment policy established by PBGC's board of directors.   As of the end of PBGC's 2021 fiscal year, the Trust Fund assets totaled $87.7 billion.

6.      PBGC uses three Revolving Funds.   The Revolving Funds contain the premiums paid by plan sponsors, returns on the Revolving Funds' investments, and transfers from the Trust Fund.   PBGC pays its operational and administrative costs, including participants' benefits, from the Revolving Funds.

7.      PBGC's Revolving Funds are treated as permanent, indefinite appropriations subject to any limits Congress may apply in the exercise of its spending power.   For example, Congress has limited the amount PBGC may use for administrative expenses.   As of the end of PBGC's 2021 fiscal year, the Revolving Funds' assets totaled $54.1 billion.

8.      If PBGC recovers any monies by prosecuting claims on behalf of the Freedom Plan, such recoveries would be placed in the Trust Fund and comingled with the assets of

other trusteed plans and any returns on the Trust Fund's assets.   Each year a portion of the

Trust Fund's assets would be transferred to the Revolving Funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2022, at Washington, D.C.

BRUCE JOHNSON   Digitally signed by BRUCE
JOHNSON
Date: 2022.08.24 11:29:59 -04'00'

Bruce Johnson