IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** | ) | |
| | ) | Case No. 20-30141 |
| Debtor. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 22-03018 |
| vs. | ) ) | |
| **BJS Insurance, LLC** and **JJM, LLC,** | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF HEARING

　　PLEASE TAKE NOTICE that Plaintiff A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC filed a *Motion for Relief from Judgment* (the "Motion") in this case.

　　PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion.  You should read the Motion carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult with one.

　　PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **September 12, 2022, at 9:30 a.m. (ET)** before the Honorable J. Craig Whitley at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte, North Carolina 28202.

　　PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motion at said hearing.  No further notice will be given.  In order to have any opposition considered, you shall:

　　1.　　File a formal, written response with the Bankruptcy Court at:

　　　　Clerk, United States Bankruptcy Court
　　　　Charles Jonas Federal Building
　　　　401 West Trade Street
　　　　Charlotte, North Carolina 28202

2. Serve a copy of your response on all parties in interest, including:

    a)      Melanie D. Johnson Raubach
               Hamilton Stephens Steele + Martin, PLLC
               525 North Tryon Street, Suite 1400
               Charlotte, North Carolina 28202

    b)      U.S. Bankruptcy Administrator
               402 West Trade Street
               Charlotte, North Carolina 28202

PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested. No further notice of the hearing will be given.

Dated: August 25, 2022
        Charlotte, North Carolina

                                       HAMILTON STEPHENS
                                       STEELE + MARTIN, PLLC

                                       */s/ Melanie D. Johnson Raubach*
                                       Melanie D. Johnson Raubach (NC Bar No. 41929)
                                       525 North Tryon Street, Suite 1400
                                       Charlotte, North Carolina 28202
                                       Telephone: (704) 344-1117
                                       Facsimile:  (704) 344-1483
                                       mraubach@lawhssm.com
                                       *Attorney for Plaintiff*