IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: )<br>)<br>**JTR1, LLC f/d/b/a JTR, LLC** )<br>)<br>Debtor. )<br>)<br>_____ )<br>**A. Burton Shuford, Trustee of the** )<br>**Bankruptcy Estate of JTR1, LLC** )<br>**f/d/b/a JTR, LLC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BJS Insurance, LLC** and **JJM, LLC,** )<br>)<br>Defendants. )<br>_____ ) | Chapter 7<br><br>Case No. 20-30141<br><br><br><br><br><br><br><br>Adv. Proc. No. 22-03018 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the *Motion for Relief from Judgment* and associated *Notice of Hearing* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: August 25, 2022
Charlotte, North Carolina

HAMILTON STEPHENS
STEELE + MARTIN, PLLC


 */s/ Melanie D. Johnson Raubach*
Melanie D. Johnson Raubach (NC Bar No. 41929)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile:  (704) 344-1483
mraubach@lawhssm.com
*Attorney for Plaintiff*

4872-4582-9934, v. 1