# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC, f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## OBJECTION OF BJS INSURANCE, LLC AND JJM, LLC TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Defendants BJS Insurance, LLC and JJM, LLC (together, the "Defendants"), by and through undersigned counsel, hereby submit this objection (the "Objection") to the *Motion for Relief from Judgment* [Doc. 26] (the "Motion") filed by Plaintiff A. Burton Shuford, Trustee (the "Trustee" or "Plaintiff") for the chapter 7 bankruptcy estate of JTR1, LLC.

In support of this Objection, Defendants hereby join in all respects and incorporate by reference the arguments set forth in the *Objection to Motion for Relief from Judgment* filed by the defendants in Adv. Proc. No. 22-03004 [Doc. 30] and by the defendants in Adv. Proc. No. 22-03008 [Doc. 31] (the "Kearns and Mullady Objections"), copies of which are attached hereto as

Exhibit A. For the reasons stated in the Kearns and Mullady Objections, Defendants request that the Court deny the Plaintiff's Motion.

This is the 8th day of September, 2022.

                                 **K&L GATES, LLP**

                                 */s/ Margaret R. Westbrook*
Margaret R. Westbrook
North Carolina State Bar No. 23327
John R. Gardner
North Carolina State Bar No. 32683
Emily K. Mather
North Carolina State Bar No. 47925
K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011
E-mail:  Margaret.Westbrook@klgates.com
            John.Gardner@klgates.com
            Emily.Mather@klgates.com

*Counsel for Defendants BJS Insurance, LLC and JJM, LLC*