**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC, f/d/b/a JTR, LLC, | ) | Case No. 20-30141 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| A. Burton Shuford, Trustee of the | ) | |
| Bankruptcy Estate of JTR1, LLC, | ) | |
| f/d/b/a JTR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| v. | ) | |
| | ) | |
| BJS Insurance, LLC, and | ) | |
| JJM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE OF BJS INSURANCE, LLC AND JJM, LLC TO
PENSION BENEFIT GUARANTY CORPORATION'S MOTION TO INTERVENE**

Defendants BJS Insurance, LLC and JJM, LLC (together, the "Defendants"), by and through undersigned counsel, hereby submit this response (the "Response") to the *Motion to Intervene or Otherwise be Heard on the Trustee's Motion for Relief from Judgment and any Related Appeal* [Doc. 27] (the "Motion") filed by the Pension Benefit Guaranty Corporation (the "PBGC").

In support of this Response, Defendants hereby join in all respects and incorporate by reference the arguments set forth in the *Defendants' Response to Pension Benefit Guaranty Corporation's Motion to Intervene* filed by the defendants in Adv. Proc. No. 22-03004 [Doc. 29] and by the defendants in Adv. Proc. No. 22-03008 [Doc. 30] (the "Kearns and Mullady

Responses"), copies of which are attached hereto as <u>Exhibit A</u>.  For the reasons discussed in the

Kearns and Mullady Responses, Defendants request that the Court deny the PBGC's Motion.

This is the 8th day of September, 2022.

**K&L GATES, LLP**

<u>/s/ Margaret R. Westbrook</u>
Margaret R. Westbrook
North Carolina State Bar No. 23327
John R. Gardner
North Carolina State Bar No. 32683
Emily K. Mather
North Carolina State Bar No. 47925
K&L Gates LLP
Post Office Box 17047 (27619-7047)
4350 Lassiter at North Hills Ave., Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011
E-mail:  Margaret.Westbrook@klgates.com
          John.Gardner@klgates.com
          Emily.Mather@klgates.com

*Counsel for Defendants BJS Insurance, LLC*
*and JJM, LLC*