FILED & JUDGMENT ENTERED
Steven T. Salata

September 13 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** ) | |
| ) | Case No. 20-30141 |
| Debtor. ) | |
| ) | |
| **A. Burton Shuford, Trustee of the** ) | |
| **Bankruptcy Estate of JTR1, LLC** ) | |
| **f/d/b/a JTR, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 22-03018 |
| vs. ) | |
| ) | |
| **BJS Insurance, LLC** and **JJM, LLC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER VACATING INITIAL PRE-TRIAL ORDER
## AND ORDER ENTERING STAY

THIS CAUSE coming to be considered by the Court upon the joint request of the parties and it appearing to the Court that the Initial Pre-Trial Order [Dkt. #24] should be withdrawn; it is hereby

ORDERED that the Initial Pre-Trial Order is VACATED.

1

4863-0502-1489, v. 1

It is further ORDERED that the case is stayed pending final resolution of the later of (i) the Rule 60 Motion relating to the Order Granting Partial Motion to Dismiss in this case and (ii) any appeal regarding the Trustee's ability to pursue claims "stepping into the shoes" of the Pension Benefit Guaranty Corporation under the Federal Debt Collection Practices Act in the cases captioned *A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC v. Mark Mullady* (Case No. 22-03008) and *A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC v. Richard Kearns and Ysbell Kearns* (Case No. 22-03004) (the "FDCPA Authority Issue").

It is further ORDERED that Plaintiff shall coordinate the scheduling of a status conference or pre-trial conference upon the final resolution of the FDCPA Authority Issue.

APPROVED BY:

| | |
|---|---|
| HAMILTON STEPHENS STEELE + MARTIN, PLLC | K&L GATES, LLP |
| /s/ Melanie D. Johnson Raubach | /s/ Margaret R. Westbrook |
| Melanie D. Johnson Raubach (NC Bar No. 41929) | Margaret R. Westbrook (NC Bar No. 23327) |
| 525 North Tryon Street, Suite 1400 | John R. Gardner (NC Bar No. 32683) |
| Charlotte, North Carolina 28202 | Emily K. Mather (NC Bar No. 47925) |
| Telephone: (704) 344-1117 | Post Office Box 17047 (27619-7047) |
| Facsimile: (704) 344-1483 | 4350 Lassiter at North Hills Ave., Suite 300 |
| mraubach@lawhssm.com | Raleigh, North Carolina 27609 |
| *Attorney for Plaintiff* | Telephone: (919) 743-7311 |
| | Facsimile: (919) 516-2011 |
| | Margaret.Westbrook@klgates.com |
| | John.Gardner@klgates.com |
| | Emily.Mather@klgates.com |
| | *Attorneys for Defendants* |

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |

2

4863-0502-1489, v. 1