IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** ) | |
| ) | Case No. 20-30141 |
| Debtor. ) | |
| ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** ) ) ) ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 22-03018 |
| vs. ) | |
| ) | |
| **BJS Insurance, LLC** and **JJM, LLC,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, copies of the *Consent Order Vacating Initial Pre-Trial Order and Order Entering Stay* [Doc. 33] were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: September 13, 2022
      Charlotte, North Carolina

                                              HAMILTON STEPHENS
                                              STEELE + MARTIN, PLLC


                                              */s/ Melanie D. Johnson Raubach*
                                              Melanie D. Johnson Raubach (NC Bar No. 41929)
                                              525 North Tryon Street, Suite 1400
                                              Charlotte, North Carolina 28202
                                              Telephone: (704) 344-1117
                                              Facsimile:  (704) 344-1483
                                              mraubach@lawhssm.com
                                              *Attorney for Plaintiff*