KAREN L. MORRIS
General Counsel
CRAIG T. FESSDENDEN
Deputy General Counsel
JOEL W. RUDERMAN
PAULA J. CONNELLY
Assistant General Counsels
CAROLYN J. LACHMAN
Attorney
Office of the General Counsel
PENSION BENEFIT GUARANTY
CORPORATION
445 12th Street SW
Washington, DC 20024-2101
Tel.:  202-229-3926
Fax:  202-326-4138
Emails: ruderman.joel@pbgc and
efile@pbgc.gov

*Attorneys for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| In re: <br><br> **JTR1, LLC**, <br>           Debtor. | Chapter 7 <br> Case No. 20-30141 <br><br> Honorable Craig Whitley |
| **A. BURTON SHUFORD, TRUSTEE OF THE BANKRUPTCY ESTATE OF JTR1, LLC f/d/b/a JTR, LLC**, <br>           Plaintiff, <br><br> v. <br><br> **BJS INSURANCE, LLC, et al.**, <br>           Defendants. | Adversary Proceeding <br> No. 22-3018 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the *Pension Benefit Guaranty Corporation's Reply in Support of Its Motion to Intervene or Otherwise Be Heard* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

                                            Respectfully submitted,

Dated: September 13, 2022           /s/ Joel W. Ruderman
Washington, D.C.                         KAREN L. MORRIS
                                          General Counsel
                                          CRAIG T. FESSENDEN
                                          Deputy General Counsel
                                          JOEL W. RUDERMAN
                                          PAULA J. CONNELLY
                                          Assistant General Counsels
                                          CAROLYN J. LACHMAN
                                          Attorney
                                          PENSION BENEFIT GUARANTY CORPORATION
                                          Office of the General Counsel
                                          445 12th Street SW
                                          Washington, DC 20024-2101
                                          Phone: (202) 229-3926
                                          Fax: (202) 326-4138
                                          Emails: ruderman.joel@pbgc.gov and efile@pbgc.gov