IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re:<br><br>**JTR1, LLC f/d/b/a JTR, LLC**<br><br>Debtor.<br><br>**A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**BJS Insurance, LLC** and **JJM, LLC,**<br><br>Defendants. | Chapter 7<br><br>Case No. 20-30141<br><br><br><br><br><br>Adv. Proc. No. 22-03018 |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the foregoing *Order Denying Trustee's Motion for Relief From Judgment and PBGC's Motion to Intervene or Otherwise be Heard* [Doc. 39] were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: September 20, 2022
      Charlotte, North Carolina

HAMILTON STEPHENS
STEELE + MARTIN, PLLC

/s/ *Melanie D. Johnson Raubach*
Melanie D. Johnson Raubach (NC Bar No. 41929)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
mraubach@lawhssm.com
*Attorney for Plaintiff*

4888-9701-0228, v. 1