**THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 20-30141 |
| JTR1, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE OF | ) | |
| THE BANKRUPTCY ESTATE OF | ) | Adversary Proceeding |
| JTR1, LLC f/d/b/a JTR, LLC, | ) | No. 22-03007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JMC FINANCIAL HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03017 |
| v. | ) | |
| | ) | |
| TMC FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03018 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BJS INSURANCE, LLC  et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03004 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD KEARNS and YSBELL KEARNS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03008 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK MULLADY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that, as of July 25, 2022, the mailing address for the Pension Benefit Guaranty Corporation (PBGC) and its undersigned counsel in the above-captioned chapter 7 adversary proceedings, has changed to:

Old Address:
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026
Attention: Office of the General Counsel

New Address:
Pension Benefit Guaranty Corporation
445 12th Street, SW
Washington, DC 20024-2101
Attention: Office of the General Counsel

**PLEASE TAKE FURTHER NOTICE** that all email addresses, telephone numbers, and Facsimile number affiliated with PBGC will remain the same.

2

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by or service on PBGC are to be directed to the new mailing address set forth above and sent via email to efile@pbgc.gov, and ruderman.joel@pbgc.gov.

DATE: October 19, 2022
       Washington, DC

Respectfully submitted,

/s/ Joel W. Ruderman
Joel W. Ruderman, Attorney (DC 479385)
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, DC 20024-2101