

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 22–03018

| | |
|---|---|
| IN THE MATTER OF:<br>JTR1, LLC<br>Debtor(s) | Case No.: 20–30141<br>Chapter: 7 |

A. Burton Shuford
    Plaintiff(s)

vs.

BJS Insurance, LLC et al.
    Defendant(s)

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Other Document filed in the above referenced case on 10/19/2022 as document(s) # 42 is defective for the reason(s) marked below:

    Local Form 12 required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: October 20, 2022                                                                    Steven T. Salata
                                                                                                              Clerk of Court

Electronically filed and signed (10/20/22)