**Local Form 12** September 2021

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 20-30141 |
| JTR1, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE OF | ) | |
| THE BANKRUPTCY ESTATE OF | ) | Adversary Proceeding |
| JTR1, LLC f/d/b/a JTR, LLC, | ) | No. 22-03007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JMC FINANCIAL HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03017 |
| v. | ) | |
| | ) | |
| TMC FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03018 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BJS INSURANCE, LLC  et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| A. BURTON SHUFORD, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 22-03004 |
| Plaintiff, | ) | |

|  |  |
|---|---|
| v. | ) |
| RICHARD KEARNS and YSBELL KEARNS, | ) ) ) ) |
| Defendants. | ) ) |
| A. BURTON SHUFORD, TRUSTEE, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MARK MULLADY, | ) ) |
| Defendant. | ) ) |

Adversary Proceeding
No. 22-03008

**NOTICE OF CASE-SPECIFIC NAME AND/OR ADDRESS CHANGE**[*]

[ ] Filed by the Debtor(s)
[x] Filed by a creditor
[ ] Filed by another party in interest

<u>Pension Benefit Guaranty Corporation</u> files this notice of name and/or mailing address change to be used to provide notice and/or to deliver payments in this case.  Pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to a creditor by the Debtor or the court will not be provided in care of the new name and/or mailing address designated below until after 7 days following the filing of this notice with the court.

**Current address to be changed (if applicable):**

Name:            Pension Benefit Guaranty Corporation

Address 1:       1200 K Street, NW

Address 2:

Address 3:

Address 4:

City, State, Zip:   Washington, DC 20005-4026

---

[*] This form cannot be used to file a formal notice of transfer of claim pursuant to Federal Rule of Bankruptcy Procedure 3001(e).

| | |
|---|---|
| **New name and/or mailing address below**: | [ ] for payment purposes only |
| | [ ] for notice purposes only |
| | [x] for both payment and notice purposes |
| Name: | Pension Benefit Guaranty Corporation |
| Address 1: | 445 12th Street, SW |
| Address 2: | |
| Address 3: | |
| Address 4: | |
| City, State, Zip: | Washington, DC 20024-2101 |

Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

| | |
|---|---|
| Name and position: | Joel W. Ruderman, Attorney (DC 479385) |
| | (Print or Type) |
| Signature: | /s/ Joel W. Ruderman |
| Date: | October 21, 2022 |