# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Base Case No.: 20-30141 |
| A. Burton Shuford, | ) | |
| Trustee of the Bankruptcy | ) | |
| Estate of JTR1, LLC | ) | |
| f/d/b/a JTR, LLC | ) | Chapter |
| Debtor(s) | ) | Adversary Proceeding No.: 22-03018 |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| BJS, LLC | | |
| JJM, LLC | ) | |
| Defendant(s) | ) | |

## Notice of Transcript Filing
## and of Deadlines Related to Restriction and Redaction

PLEASE TAKE NOTICE that a Transcript from the hearing held on 09/19/22 in the above-named case has been filed on 09/30/22

If you object, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days. Within twenty-one (21) calendar days a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers include: social security numbers (or taxpayer identification numbers) to the last four digits; financial account numbers to the last four digits; individuals known to be minor children to the initials; and dates of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

NOTICE IS FURTHER GIVEN that remote public access to the transcript is restricted for 90-days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time period if you wish to obtain a copy of the transcript please contact the following transcriber:

Ilene Watson, Access Transcripts, LLC at 10110 Youngwood Lane, Fishers, IN 46038 and 1-855-USE ACCESS
9

At the end of the 90-day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the un-redacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: January 3, 2023                                                                                     Steven T. Salata