United States Bankruptcy Court

Western District of North Carolina

Shuford,
    Plaintiff

BJS Insurance, LLC,
    Defendant

Adv. Proc. No. 22-03018-jcw

# CERTIFICATE OF NOTICE

District/off: 0419-3      User: AutoDkt      Page 1 of 2
Date Rcvd: Jan 03, 2023      Form ID: pdf      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 6296095 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2023 18:28:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 6296096 | Email/Text: bankruptcynotices@ncdor.gov | Jan 03 2023 18:28:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Burton Shuford | bshuford@abshuford.com noticesonlynothingelse@gmail.com;abs@trustesolutions.net;aburtonshufordattorneyatlaw@jubileebk.net;sblack@abshuford.com |
| Emily Kate Mather | on behalf of Defendant BJS Insurance LLC emily.mather@klgates.com, bobankruptcyecf@klgates.com |
| Emily Kate Mather | |

Case 22-03018    Doc 46    Filed 01/05/23    Entered 01/06/23 00:36:15    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0419-3 | User: AutoDkt | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: pdf | Total Noticed: 2 |

on behalf of Defendant JJM LLC emily.mather@klgates.com, bobankruptcyecf@klgates.com

Joel W. Ruderman

on behalf of Creditor Pension Benefit Guaranty Corporation ruderman.joel@pbgc.gov efile@pbgc.gov

John R. Gardner

on behalf of Defendant BJS Insurance LLC john.gardner@klgates.com, matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;margaret.westbrook@klgates.com;lee.hogewood@klgates.com;carolyn.hall@klgates.com;emily.mather@klgates.com

John R. Gardner

on behalf of Defendant JJM LLC john.gardner@klgates.com, matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;margaret.westbrook@klgates.com;lee.hogewood@klgates.com;carolyn.hall@klgates.com;emily.mather@klgates.com

Margaret R. Westbrook

on behalf of Defendant JJM LLC margaret.westbrook@klgates.com, emily.mather@klgates.com;lee.hogewood@klgates.com;john.gardner@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;carolyn.hall@klgates.com

Margaret R. Westbrook

on behalf of Defendant BJS Insurance LLC margaret.westbrook@klgates.com, emily.mather@klgates.com;lee.hogewood@klgates.com;john.gardner@klgates.com;matthew.houston@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;carolyn.hall@klgates.com

Melanie D. Johnson Raubach

on behalf of Plaintiff A. Burton Shuford mraubach@lawhssm.com vhughes@lawhssm.com;rkelley@lawhssm.com;mwiner@lawhssm.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Base Case No.: 20-30141 |
| A. Burton Shuford, | ) | |
| Trustee of the Bankruptcy | ) | |
| Estate of JTR1, LLC | ) | |
| f/d/b/a JTR, LLC | ) | Chapter |
| Debtor(s) | ) | Adversary Proceeding No.: 22-03018 |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| BJS, LLC | | |
| JJM, LLC | ) | |
| Defendant(s) | ) | |

## Notice of Transcript Filing
## and of Deadlines Related to Restriction and Redaction

PLEASE TAKE NOTICE that a Transcript from the hearing held on 09/19/22 in the above-named case has been filed on 09/30/22

If you object, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days. Within twenty-one (21) calendar days a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers include: social security numbers (or taxpayer identification numbers) to the last four digits; financial account numbers to the last four digits; individuals known to be minor children to the initials; and dates of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

NOTICE IS FURTHER GIVEN that remote public access to the transcript is restricted for 90-days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time period if you wish to obtain a copy of the transcript please contact the following transcriber:

Ilene Watson, Access Transcripts, LLC at 10110 Youngwood Lane, Fishers, IN 46038 and 1-855-USE ACCESS
9


At the end of the 90-day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the un-redacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: January 3, 2023                                                                                   Steven T. Salata