IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: **JTR1, LLC f/d/b/a JTR, LLC** <br><br> Debtor. <br><br> **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **BJS Insurance, LLC** and **JJM, LLC,** <br><br> Defendants. | Chapter 7 <br><br> Case No. 20-30141 <br><br><br><br> Adv. Proc. No. 22-03018 |

## STIPULATION TO ORDER MEDIATION, DESIGNATE MEDIATOR, AND DETERMINE SCHEDULING

Plaintiff A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC (the "Trustee" or "Plaintiff"), jointly with BJS Insurance, LLC and JJM, LLC (collectively, the "Defendants"), by and through counsel, hereby stipulate and agree as follows:

1. It is appropriate to conduct pre-discovery mediation in this case;

2. Steve Gruendel should be appointed the mediator for this action;

3. Mr. Gruendel's hourly rate for conducting mediation is $425;

4. Local Rule of Bankruptcy Procedure 9019-2 shall apply to the mediation;

5. The parties intend to hold the mediation in early June 2023, though the specific date remains to be determined;

1

6. The parties request that they be allowed to submit a scheduling order following completion of the mediation, for the Court's review, which would govern any remaining issues in the case, including, if not settled, discovery and dispositive motions.

The Parties request that the Court approve the proposal set forth herein.

Dated: May 19, 2023
    Charlotte, North Carolina

                                      HAMILTON STEPHENS
                                      STEELE + MARTIN, PLLC

                                      */s/ Melanie D. Johnson Raubach*
                                      Melanie D. Johnson Raubach (NC Bar No. 41929)
                                      525 North Tryon Street, Suite 1400
                                      Charlotte, North Carolina 28202
                                      Telephone: (704) 344-1117
                                      Facsimile:  (704) 344-1483
                                      mraubach@lawhssm.com
                                      *Attorney for Plaintiff*


                                      **K&L GATES, LLP**

                                      */s/ Margaret R. Westbrook*
                                      Margaret R. Westbrook (NC Bar No. 23327)
                                      K&L Gates LLP
                                      Post Office Box 17047 (27619-7047)
                                      4350 Lassiter at North Hills Ave., Suite 300
                                      Raleigh, North Carolina 27609
                                      Telephone: (919) 743-7311
                                      Facsimile: (919) 516-2011
                                      E-mail: Margaret.Westbrook@klgates.com
                                      *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this date, copies of the foregoing Stipulation to Order Mediation, Designate Mediator, and Determine Scheduling were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: May 19, 2023
  Charlotte, North Carolina

             HAMILTON STEPHENS
             STEELE + MARTIN, PLLC

             */s/ Melanie D. Johnson Raubach*
             Melanie D. Johnson Raubach (NC Bar No. 41929)
             525 North Tryon Street, Suite 1400
             Charlotte, North Carolina 28202
             Telephone: (704) 344-1117
             Facsimile:  (704) 344-1483
             mraubach@lawhssm.com
             *Attorney for Plaintiff*