FILED & JUDGMENT ENTERED
Steven T. Salata

July 10 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** | ) |
| | ) Case No. 20-30141 |
| Debtor. | ) |
| | ) |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Proc. No. 22-03018 |
| vs. | ) |
| | ) |
| **BJS Insurance, LLC and JJM, LLC,,** | ) |
| | ) |
| Defendant. | ) |

**CONSENT ORDER COMPELLING MEDIATION, DESIGNATING MEDIATOR, AND DETERMINING SCHEDULING**

THIS CAUSE coming to be considered by the Court upon the joint request of the parties and it appearing to the Court that the proposal submitted in the *Stipulation to Order Mediation, Designate Mediator, and Determine Scheduling* [Doc. 47] should be approved; it is hereby

1

4873-1638-5646, v. 1

ORDERED that (i) the parties shall attend mediation, (ii) Steve Gruendel is appointed the mediator for this action, and (iii) Mr. Gruendel shall be entitled to receive payment as mediator at his standard hourly rate of $425, in accordance with Local Rule of Bankruptcy Procedure 9019-2 and without the need of further order from this court;

It is further ORDERED that the parties shall submit a proposed scheduling order following completion of the mediation for the Court's review, which would govern any remaining issues in the case, including, if not settled, discovery and dispositive motions deadlines.

APPROVED BY:

| HAMILTON STEPHENS STEELE + MARTIN, PLLC | K&L GATES, LLP |
|---|---|
| */s/ Melanie D. Johnson Raubach* | */s/ Margaret R. Westbrook* |
| Melanie D. Johnson Raubach (NC Bar No. 41929) 525 North Tryon Street, Suite 1400 Charlotte, North Carolina 28202 Telephone: (704) 344-1117 Facsimile: (704) 344-1483 mraubach@lawhssm.com *Attorney for Plaintiff* | Margaret R. Westbrook (NC Bar No. 23327) Post Office Box 17047 (27619-7047) 4350 Lassiter at North Hills Ave., Suite 300 Raleigh, North Carolina 27609 Telephone: (919) 743-7311 Facsimile: (919) 516-2011 E-mail: Margaret.Westbrook@klgates.com *Attorney for Defendants* |

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |