IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re:<br><br>**JTR1, LLC f/d/b/a JTR, LLC**<br><br>　　　　Debtor.<br><br>**A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**BJS Insurance, LLC** and **JJM, LLC,**<br><br>　　　　Defendants. | Chapter 7<br><br>Case No. 20-30141<br><br><br><br><br><br>Adv. Proc. No. 22-03018 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the foregoing *Consent Order Compelling Mediation, Designating Mediator and Determining Scheduling* [Doc. 50] were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: July 10, 2023
　　　　Charlotte, North Carolina

　　　　　　　　　　　　　　　　　　　HAMILTON STEPHENS
　　　　　　　　　　　　　　　　　　　STEELE + MARTIN, PLLC

　　　　　　　　　　　　　　　　　　　 */s/ Melanie D. Johnson Raubach*
　　　　　　　　　　　　　　　　　　　Melanie D. Johnson Raubach (NC Bar No. 41929)
　　　　　　　　　　　　　　　　　　　525 North Tryon Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28202
　　　　　　　　　　　　　　　　　　　Telephone: (704) 344-1117
　　　　　　　　　　　　　　　　　　　Facsimile: (704) 344-1483
　　　　　　　　　　　　　　　　　　　mraubach@lawhssm.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*