October 5, 2023

**Moore&VanAllen**

RECEIVED
U.S. Bankruptcy Court, NCW
OCT 13 2023
Steven T. Salata, Clerk
Charlotte Division/EA

*Via U.S. Mail*

The Honorable J. Craig Whitley
U.S. Bankruptcy Court
Western District of North Carolina
401 West Trade Street, Suite 2500
Charlotte, NC 28202

Stephen E. Gruendel
Attorney at Law

T 704 331 3533
F 704 339 5833
stevegruendel@mvalaw.com

Moore & Van Allen PLLC

Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003

Re: Mediations Related to *In re JTR1, LLC f/d/b/a JTR, LLC* (Case No.: 20-30141)

Dear Judge Whitley,

By orders dated June 13, 2023, July 7, 2023, and July 10, 2023, the four Adversary Proceedings referenced below related to *In re JTR1, LLC f/d/b/a JTR, LLC* (Case No.: 20-30141) were referred to me for mediation.

Mediation sessions were held on these matters on June 13, 2023, July 11, 2023 and September 26, 2023, with ongoing mediation efforts through that period of time. I am pleased to report that all four cases have now been resolved by the parties consensually. For convenience, I have enclosed the completed Report of Mediator form (Local Form 17) for the following cases:

- *A. Burton Shuford, Trustee of Bankruptcy Estate of JTR1, LLC v. Etaros Actuarial Services, LLC, Traci Christian, Witkow Baskin* (Adv. Pro. No.: 22-03013);

- *A. Burton Shuford, Trustee of Bankruptcy Estate of JTR1, LLC v. JMC Financial Holdings, LLC* (Adv. Pro. No.: 22-03007);

- *A. Burton Shuford, Trustee of Bankruptcy Estate of JTR1, LLC v. BJS Insurance, LLC and JJM, LLC* (Adv. Pro. No.: 22-03018); and

- *A. Burton Shuford, Trustee of Bankruptcy Estate of JTR1, LLC v. TMC Financial, LLC* (Adv. Pro. No.: 22-03017).

Please let me know if you have any questions or if I can be of further assistance.

Sincerely yours,

*[signature]*

Steve Gruendel

Charlotte, NC
Charleston, SC

Local Form 17                                                                              October 2023

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FILED
U.S. Bankruptcy Court
Western District of NC

OCT 1 3 2023

Steven T. Salata, Clerk
Charlotte Division
EA

IN RE:                                               ) Case No: 20-30141
                                                     )
BJS Insurance, LLC and JJM, LLC                      ) Chapter 7
                                                     )
           Debtor(s).                                ) Adversary Proceeding No.: 22-03018
                                                     )

**REPORT OF MEDIATOR**

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on July 11, 2023 and September 26, 2023.

   ☐ was NOT held because _____
   _____.

2. **Attendance.** No objection was made on the grounds that any required attendee was absent.

3. **Outcome.** The mediation resulted in:

   ☒ Complete settlement of the case
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at later date)
   ☐ Impasse
   ☐ Other disposition. Specify: _____
   _____.

4. **Settlement Filings**

   a. The document(s) to be filed to effect the settlement are: Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019.

   b. The person responsible for filing the document(s) is: Melanie Raubach, counsel for the Chapter 7 Trustee.

   c. The agreed deadline for filing the document(s) is: October 30, 2023.

I have submitted this completed report within 14 days after conclusion of the conference.

_____            10/4/23
Signature of Mediator                         Date