IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** | ) | |
| | ) | Case No. 20-30141 |
| Debtor. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Proc. No. 22-03007 |
| | ) | |
| **JMC Financial Holdings, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Proc. No. 22-03017 |
| | ) | |
| **TMC Financial, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| vs. | ) | |
| | ) | |
| **BJS Insurance, LLC** and **JJM, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

1

## NOTICE OF MOTION TO APPROVE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND NOTICE OF OPPORTUNITY FOR HEARING

**(No Protest Notice – No Hearing Will be Held Unless Request for Hearing is Filed)**

PLEASE TAKE NOTICE that the undersigned counsel for Trustee filed the *Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* (the "Motion") in this case, seeking approval of a settlement in the above-referenced adversary proceedings. A copy of the Motion can be reviewed at the Clerk's office, United States Bankruptcy Court, or by requesting a copy from the undersigned.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that for a hearing to be held on the Motion, written responses, if any, must be filed on or before **November 10, 2023** (the "Response Deadline") to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

1. File a formal, written response with the Bankruptcy Court at:

    Clerk, United States Bankruptcy Court
    Charles Jonas Federal Building
    401 West Trade Street
    Charlotte, North Carolina 28202

2. Serve a copy of your response on all parties in interest, including:

    a) U.S. Bankruptcy Administrator
       401 West Trade Street, Suite 2400
       Charlotte, NC 28202

    b) A. Burton Shuford, Trustee
       4700 Lebanon Road, Suite #A-2
       Mint Hill, NC 28227

    c) Hamilton Stephens Steele + Martin, PLLC
       Melanie D. Johnson Raubach
       525 North Tryon Street, Suite 1400
       Charlotte, NC 28202

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Motion will be held on **November 27, 2023 at 9:30 a.m. (ET)** before the Honorable J. Craig Whitley at the U.S. Courthouse, 401 West Trade Street, JCW-Courtroom 2B, Charlotte, NC 28202.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Motion on or before the Response Deadline, the Court may grant the relief requested in the Motion without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
October 20, 2023

HAMILTON STEPHENS
STEELE + MARTIN, PLLC

*/s/ Melanie D. Johnson Raubach*
Melanie D. Johnson Raubach (Bar No. 41929)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone:  (704) 344-1117
Facsimile:   (704) 344-1483
mraubach@lawhssm.com

*Counsel for the Trustee*

4876-7639-1049, v. 1