

FILED & JUDGMENT ENTERED
Steven T. Salata

November 15 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** | ) | |
| | ) | Case No. 20-30141 |
| Debtor. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Proc. No. 22-03007 |
| | ) | |
| **JMC Financial Holdings, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Proc. No. 22-03017 |
| | ) | |
| **TMC Financial, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

1

| | |
|---|---|
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** )<br>)<br>)<br>)<br>Plaintiff,          )<br>)<br>vs.                               )<br>)<br>**BJS Insurance, LLC** and **JJM, LLC,** )<br>)<br>Defendants.      )<br>) | Adv. Proc. No. 22-03018 |

## ORDER APPROVING SETTLEMENT
## PURSUANT TO BANKRUPTCY RULE 9019

This matter is before the Court on the Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019 (the "Motion"). In the Motion, A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC (the "Trustee" or "Plaintiff") seeks approval of the settlement among Plaintiff and JMC Financial Holdings, LLC ("JMC"), TMC Financial, LLC ("TMC"), BJS Insurance, LLC ("BJS Insurance"), and JJM, LLC ("JJM" and with BJS Insurance, TMC, and JMC collectively, the "Defendants", and with the Plaintiff, the "Parties"). The Settlement Agreement and Release (the "Agreement") between Plaintiff and Defendants was attached as **Exhibit A** to the Motion. Having considered the Motion and Agreement and for good cause shown, the Court finds, concludes, and orders:

1.  This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is appropriate in this district pursuant to 28 U.S.C. § 1409. The authority for the relief sought herein is Bankruptcy Rule 9019.

2.  Notice and service of the Motion were appropriate.

3. The terms of the Agreement are fair and reasonable. The Agreement is within the bounds of the Trustee's sound business judgment and the standards applicable to Bankruptcy Rule 9019.

4. Therefore, the Motion is granted and the Agreement is approved.

5. Following Plaintiff's receipt of (i) a fully executed copy of the Agreement and (ii) the Settlement Payment, Plaintiff shall file a Voluntary Dismissal of the above-captioned Lawsuits.

6. The Court, with the consent of the Parties, retains jurisdiction over any disputes regarding the validity, interpretation, or performance of the Agreement, including but not limited to the ability to enforce the payment.

**IT IS SO ORDERED.**

| | |
|---|---|
| This order has been signed electronically. The Judge's signature and the Court's seal appear at the top of this Order. | United States Bankruptcy Court |