IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re:<br>**JTR1, LLC f/d/b/a JTR, LLC**<br><br>        Debtor. | Chapter 7<br><br>Case No. 20-30141 |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,**<br><br>        Plaintiff,<br>vs.<br><br>**JMC Financial Holdings, LLC,**<br><br>        Defendant. | Adv. Proc. No. 22-03007 |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,**<br><br>        Plaintiff,<br>vs.<br><br>**TMC Financial, LLC,**<br><br>        Defendant. | Adv. Proc. No. 22-03017 |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,**<br><br>        Plaintiff,<br>vs.<br><br>**BJS Insurance, LLC** and **JJM, LLC,**<br><br>        Defendants. | Adv. Proc. No. 22-03018 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the *Order Approving Settlement Pursuant to Bankruptcy Rule 9019* [Doc. 76 in Adv. Pro. 22-03007; Doc. 76 in Adv. Pro. 22-03017; and Doc. 54 in Adv. Pro. 22-03018] were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for these cases.

Dated: November 15, 2023
      Charlotte, North Carolina

    HAMILTON STEPHENS
    STEELE + MARTIN, PLLC

    /s/ *Melanie D. Johnson Raubach*
    Melanie D. Johnson Raubach (NC Bar No. 41929)
    525 North Tryon Street, Suite 1400
    Charlotte, North Carolina 28202
    Telephone: (704) 344-1117
    Facsimile: (704) 344-1483
    mraubach@lawhssm.com
    *Attorney for Plaintiff*

4875-5219-4449, v. 1