IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **JTR1, LLC f/d/b/a JTR, LLC** | ) | |
| | ) | Case No. 20-30141 |
| Debtor. | ) | |
| | ) | |
| **A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 22-03018 |
| vs. | ) | |
| | ) | |
| **BJS Insurance, LLC** and **JJM, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff A. Burton Shuford, Trustee of the Bankruptcy Estate of JTR1, LLC f/d/b/a JTR, LLC hereby gives notice of his voluntary dismissal, with prejudice, of his action herein against Defendants BJS Insurance, LLC and JJM, LLC.

Dated: Charlotte, North Carolina
January 8, 2024

                                       HAMILTON STEPHENS
                                       STEELE + MARTIN, PLLC

                                       */s/ Melanie D. Johnson Raubach*
                                       Melanie D. Johnson Raubach (Bar No. 41929)
                                       525 North Tryon Street, Suite 1400
                                       Charlotte, North Carolina 28202
                                       Telephone:  (704) 344-1117
                                       Facsimile:  (704) 344-1483
                                       mraubach@lawhssm.com
                                       *Counsel for the Plaintiff*

1

4876-7261-0715, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, copies of the foregoing were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: Charlotte, North Carolina
January 8, 2024

                                                                                           /s/ Melanie D. Johnson Raubach
                                                                                          Melanie D. Johnson Raubach

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202

4876-7261-0715, v. 1